IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMIE TABOR, on her own behalf
and others similarly situated,

    Plaintiff,

v.                                          CASE NO.: 3:14-cv-00961

AUDIO VISUAL SERVICES GROUP, INC.,
a Delaware Corporation, d/b/a PSAV
PRESENTATION SERVICES,

    Defendant.

## MOTION TO APPEAR TELEPHONICALLY
## AT INITIAL CASE MANAGEMENT CONFERENCE

        Plaintiff, JAMIE TABOR, by and through the undersigned counsel and pursuant to the Notice of Setting of Initial Case Management Conference [D.E. #3], hereby requests permission for Plaintiff's Co-Counsel, Keith M. Stern, Esquire, to appear telephonically at the Initial Case Management Conference scheduled for June 16, 2014 and as grounds therefore states as follows:

        1.    This case involves claims for unpaid overtime wages and other relief under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA").

        2.    Pursuant to the Court's Notice of Setting of Initial Case Management Conference, the Initial Case Management Conference is scheduled to proceed on Monday, June 16, 2014 at 10:30 a.m. before the Honorable Magistrate Judge Bryant in Nashville, Tennessee. [D.E. #3].

        3.    Plaintiff and Opt-In Plaintiffs in this action are represented by Michael L. Russell, Esquire of the law firm Gilbert Russell McWherter PLC, who is based in Brentwood, Tennessee as well as Keith M. Stern, Esquire of the law Shavitz Law Group, P.A., who is based in Boca